IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | |
| Plaintiff,       ) | |
| ) | **8:09CR141** |
| vs.        ) | |
| ) | **ORDER** |
| **SABRINA KING,**         ) | |
| ) | |
| Defendant.       ) | |

     Defendant Sabrina King (King) appeared before the court on May 11, 2012, on the Amended Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 120).  King was represented by Assistant Federal Public Defender Richard McWilliams and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer.  Through her counsel, King waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find that the Petition alleges probable cause and that King should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

     The government moved for detention. Through counsel, King requested release pending her dispositional hearing.  Due to her lackluster performance on supervised release,  the court finds King has failed to carry her burden and that King should be detained pending a dispositional hearing before Judge Bataillon subject to being placed in a residential treatment program.

     **IT IS ORDERED**:

     1.    A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on June 12,  2012**.  Defendant must be present in person.

     2.    Defendant Sabrina King is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

     3.    Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

     4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

     DATED this 11th day of May, 2012.

     BY THE COURT:

     s/ Thomas D. Thalken

     United States Magistrate Judge